**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD D. RICHARDSON,<br><br>  Plaintiff,<br><br>  v.<br><br>JOANN B. BARNHART,<br><br>  Defendant.<br>_____/ | No. C 05-04403 CRB<br><br>**ORDER TO SHOW CAUSE** |

This is a lawsuit for Social Security benefits. Defendant answered the complaint on February 8, 2006. Pursuant to the Local Rules, plaintiff's motion for summary judgment should have been filed within 30 days of his receipt of the answer. Local Rule 16-5. As of the date of this Order, plaintiff has not filed a motion for summary judgment and has not otherwise communicated with the Court.

Accordingly, plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution. In particular, plaintiff shall file his motion for summary judgment on or before May 12, 2006. Plaintiff is advised that his failure to do so could result in dismissal of his lawsuit.

**IT IS SO ORDERED.**

Dated: April 28, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4403\ordertoshowcause.wpd