IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD D. RICHARDSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JOANN B. BARNHART,<br><br>    Defendant.<br>_____/ | No. C 05-04403 CRB<br><br>**ORDER TO SHOW CAUSE** |

      This is a lawsuit for Social Security benefits. Plaintiff filed a motion for summary judgment on May 24, 2006. Pursuant to the Local Rules, defendant's cross-motion for summary judgment should have been filed within 30 days of her receipt of plaintiff's motion. Local Rule 16-5. As of the date of this Order, defendant has not filed a motion for summary judgment, has not responded to plaintiff's motion, and has not otherwise communicated with the Court.

      Accordingly, defendant is ordered to show cause why the Court should not grant plaintiff's motion . In particular, defendant shall file his cross-motion for summary judgment or other response to plaintiff's motion on or before September 29, 2006. Defendant is advised that her failure to comply with this Order could result in the granting of plaintiff's

//

//

1  motion.

2  **IT IS SO ORDERED.**

4  Dated: August 25, 2006

                                                CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE